UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **TEXAS FARMERS INSURANCE COMPANY, a/s/o KIMBERLY SHERRON,** | § § § § | |
| Plaintiff, | § § | **CIVIL ACTION NO. 4:23-CV-1134-SDJ** |
| v. | § § | |
| **ZILMET USA,** | § § | |
| Defendant. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Zilmet USA ("Defendant") and Plaintiff Texas Farmers Insurance Company, a/s/o Kimberly Sherron ("Plaintiff") (collectively, the "Parties") hereby stipulate that Plaintiff's claims are to be dismissed in their entirety with prejudice with the Parties to bear their own costs and attorney's fees. Plaintiff and Defendant have reached an agreement regarding all claims asserted in the above-referenced matter, and all matters of controversy in this lawsuit have been resolved.

Respectfully submitted,

 */s/  Laura D. Schmidt*
**LAURA D. SCHMIDT**
State Bar No. 22142300
**KELLY, SMITH & SCHMIDT, P.C.**
schmidt@kellysmithpc.com
6275 W. Plano Parkway, Ste. 500
Plano, Texas 75093
Main: 972.848.7300
Fax: 713.861.7100

**ATTORNEY FOR PLAINTIFF**

-and-

---

**CLARK HILL PLC**

By:*/s/ Ryan D. Martin*
**ANNIE J. JACOBS**
State Bar No. 24050812
ajacobs@clarkhill.com
**RYAN D. MARTIN**
State Bar No. 24086522
rdmartin@clarkhill.com
901 Main Street, Suite 6000
Dallas, Texas 75202-3794
(214) 651-4300
(214) 651-4330 Fax

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on January 6, 2026, a true and correct copy of the foregoing instrument has been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/Ryan D. Martin*
**RYAN D. MARTIN**